Decided 9 September, 1901.

WARNER *v*. BRUNEAU.

From Douglas:  JAMES W. HAMILTON, Judge.

Suit by G. G. Warner, Edw. B. Leigh, and Henry D. Laughlin against Chas. Bruneau, P. J. Jennings, and R. J. Jennings to enjoin defendants from trespassing on the Badger mining claim during the pendency of an action of ejectment pending between the same parties. A preliminary injunction was granted, but after the ejectment action had been decided in favor of defendants the suit was dismissed, whereupon plaintiffs appealed.  DISMISSED.

*Messrs. Dolph, Mallory, Simon & Gearin, F. W. Benson,* and *Coshow & Sheridan,* for appellants.

*Messrs. A. C. Woodcock, David Goodsell, John S. Medley,* and *Andrew M. Crawford,* for respondents.

The parties having stipulated for a dismissal of the appeal it was so ordered. No opinion.  DISMISSED.

Decided 29 October, 1901.

CLEMENSON *v*. GUARANTY LOAN ASSOCIATION.

From Multnomah:  ARTHUR L. FRAZER, Judge.

Action by J. A. Clemenson to recover from the Guaranty Savings and Loan Association sundry sums paid it in connection with a loan. A demurrer to the complaint having been overruled, judgment went for plaintiff by default, and defendant appealed.  DISMISSED.

*Messrs. Guy G. Willis* and *Seneca Smith,* for appellant.

*Messrs A. W. Johnson* and *Joseph & Schlegel,* for respondent.

Pursuant to the written stipulation of the parties the appeal was dismissed without any allowance of costs or disbursements to either party.  DISMISSED.